IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 08-cr-00363-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. KRISTINE ZAKOWSKI,

    Defendant.

---

## ORDER OF RECUSAL

---

This matter is before me on review of the file. In my prior position as the chief of the Special Prosecution Section of the U.S. Attorney's Office for the District of Colorado, I supervised the assigned Assistant U.S. Attorney, Judith Smith, during the time period that this indictment was filed. As a result, I must recuse myself from this case. It is therefore

ORDERED that the judge's file be returned to the clerk's office for the case to be reassigned.

Dated: November 4, 2008.

                        BY THE COURT:

                        s/Philip A. Brimmer
                        Philip A. Brimmer
                        U. S. District Judge